UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| GRACE LOBB | ) | |
|     PLAINTIFF | ) | |
| | ) | Civil Action No. 1:24-cv-00049-GNS |
| v. | ) | |
| | ) | |
| JRN, INC. | ) | **Agreed Order of Dismissal** |
|     DEFENDANT | ) | |

By agreement of the parties hereto, the Plaintiff, Grace Lobb by counsel, and the Defendant, JRN, Inc., by counsel, and the Court being otherwise duly and sufficiently advised,

**IT IS HEREBY AGREED AND ORDERED** that the Plaintiff's claims in this action against JRN, Inc., be, and hereby are, dismissed with prejudice. Each party shall bear its own costs and attorney's fees. The Clerk is ordered to issue a jury fee refund.

This is a final and appealable order, and there is no just cause for delay.

**SO ORDERED**, this: July 17, 2024

Greg N. Stivers, Chief Judge
United States District Court

HAVE SEEN AND AGREE:

*/s/ Thomas C. Walsh*
Charles H. Cassis
Thomas C. Walsh
Goldberg Simpson, LLC
Norton Commons
9301 Dayflower Street
Prospect, Kentucky 40059
Chuck@goldbergsimpson.com
twalsh@goldbergsimpson.com
*Counsel for Defendant JRN, Inc.*

*/s/ Lauren Marley (w/permission)*
Lauren Marley
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6798
Facsimile: (270) 495-6839
lmarley@forthepeople.com
*Counsel for Plaintiff*

Copies to:

[  ] Thomas C. Walsh        [  ] Lauren Marley